No. 83-5028. LEYCOCK v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 83-5054. MAXCY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83-5060. ABBOTT v. ADAN, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF ADAN. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 83-5062. JOHNSON v. HUBBARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 83-5079. HENRY v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 83-5149. HAGLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83-5160. ZBOINSKI v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83-5163. WEEKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83-5169. ATENCIA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83-5170. APRIL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83-5173. TEJEDA-GALLEGOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83-5181. BOOKER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83-5206. LJUBAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.